[No. 29214-5-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEA HENG IENG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00602-1, Bobbe J. Bridge, J., entered September 13, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 27496-1-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE LEWIS GAINES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03822-6, Patricia H. Aitken, J., entered December 4, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Kennedy, JJ.

[No. 27287-0-I.   Division One.   April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD DION REUBEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00777-1, Carol A. Schapira, J., entered October 15, 1990. *Affirmed* by unpublished per curiam opinion.